United States District Court
Southern District of Texas
**ENTERED**
July 01, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Robin Aguirre, <br><br> Plaintiff, <br> v. <br><br> Home Warranty Administrators, Inc dba Choice Home Warranty, <br><br> Defendant. | Civil Action No.: 4:19-cv-00224 |

### ORDER

This matter is coming to be heard on Plaintiff's Motion for Default Judgment against Defendant Home Warranty Administrators, Inc dba Choice Home Warranty. Upon consideration of Plaintiff's motion and the submissions in support it is:

ORDERED that a judgment by default shall be entered against Defendant Home Warranty Administrators, Inc dba Choice Home Warranty for violating the Telephone Consumer Protection Act;

ORDERED that Defendant Home Warranty Administrators, Inc dba Choice Home Warranty pay Plaintiff damages in the amount of $5000.00 pursuant to 47 U.S.C. § 227(b)(3)(B).

**IT IS SO ORDERED.**

Dated: 7-1, 2019

_____
Hon. Vanessa D. Gilmore